IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID LAMONT MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-12-379-FHS |
| | ) |
| JERRY L. TOMLINSON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On May 15, 2014, this Court ordered the Plaintiff to file proper Motions for Default pursuant to Federal Rule of Civil Procedure 55 (b)(2) to be entered by the Court as to Amanda Wells and John Hicks by Friday, May 23, 2014. Plaintiff failed to do this. Plaintiff was warned as early as April 2, 2014, that if he did not take the proper affirmative steps as to these defendants the Court would consider dismissing this action pursuant to Federal Rule of Civil Procedure 41 (b).

Plaintiff has been given multiple opportunities by this Court to file the proper pleadings as to these two defendants. Plaintiff has failed to comply with these orders. It is therefore ordered by this Court that this case be dismissed pursuant to Federal Rule of Civil Procedure 41 (b) for Plaintiff's failure to comply with this Court's order.

IT IS SO ORDERED this 27th day of May, 2014.

Frank H. Seay
United States District Judge